**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

*04/20*

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Sarina<br>First name<br><br>Middle name<br><br>Browndorf<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | Sabine Schneider<br>Sarina Schneider Browndorf |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7103 |  |

Debtor 1    Sarina Browndorf                                                Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN | ☐ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN |
| **5. Where you live** | 34 Black Hawk<br>Irvine, CA 92603-0311<br>Number, Street, City, State & ZIP Code<br><br>Orange<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>34 Black Hawk #418<br>Irvine, CA 92603-0311<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1  Sarina Browndorf                                                    Case number *(if known)*

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---------|-------------------------------------------|

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8.  How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.  Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No

■ Yes.

| | | | When | | | |
|---|---|---|---|---|---|---|
| Debtor | BF Fisher Law Group, LLP | | | Relationship to you | Affiliate | |
| District | Central District of CA-Santa Ana Division | When | 2/14/19 | Case number, if known | 8:19-bk-10158-TA | |
| Debtor | LF Runoff 2, LLC fka Plutos Sama, LLC | | | Relationship to you | Affiliate | |
| District | Central District of CA-Santa Ana Division | When | 1/15/19 | Case number, if known | 8:19-bk-10526-TA | |

---

**11.  Do you rent your residence?**

■ No.  Go to line 12.

☐ Yes.  Has your landlord obtained an eviction judgment against you?

☐  No. Go to line 12.

☐  Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    Sarina Browndorf                                              Case number *(if known)*

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ **No.**    Go to Part 4.

☐ **Yes.**    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ **No.**    I am not filing under Chapter 11.

■ **No.**    I am filing under Chapter 11, but I am NOT small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ **Yes.**    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ **No.**

☐ **Yes.**    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
Number, Street, City, State & Zip Code

---

Debtor 1     Sarina Browndorf

Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
| --- | --- |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- |

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.  If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Certificate Number: 14751-CAC-CC-036064357

14751-CAC-CC-036064357

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 14, 2021</u>, at <u>11:35</u> o'clock <u>AM PDT</u>, <u>SARINA BROWNDORF</u> received from <u>$0$ BK Class Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Central District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>October 14, 2021</u>        By:    <u>/s/AMEY AIONO</u>

Name:   <u>AMEY AIONO</u>

Title:   <u>Certified Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Debtor 1   Sarina Browndorf                                    Case number *(if known)*

## Part 6:   Answer These Questions for Reporting Purposes

| | | |
|---|---|---|
| 16. | What kind of debts do you have? | 16a. | **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

_____

17.  **Are you filing under Chapter 7?**

■ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

18.  **How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

19.  **How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

20.  **How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____          _____
Sarina Browndorf                                     Signature of Debtor 2
Signature of Debtor 1

Executed on   October 14, 2021                   Executed on   _____
               MM / DD / YYYY                                      MM / DD / YYYY

Debtor 1   Sarina Browndorf _____     Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | | |
|---|---|---|
| /s/ Susan K. Seflin | Date | October 14, 2021 |
| Signature of Attorney for Debtor | | MM / DD / YYYY |

Susan K. Seflin 213865
Printed name

Brutzkus Gubner
Firm name

21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Number, Street, City, State & ZIP Code

Contact phone   (818) 827-9000          Email address    sseflin@bg.law

213865 CA
Bar number & State

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Sarina Browndorf | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                      12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

| Part 1: | List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders. |
|---|---|

**Unsecured claim**

---

**1**

American Express
PO BOX 981537
El Paso, TX 79998

**What is the nature of the claim?**     Credit Card          $13,702.00

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

_____

_____

Contact

(800) 874-2717

Contact phone

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)     _____

Value of security:                          -  _____
Unsecured claim                                _____

---

**2**

Andrew R. Corcoran
Trustee-Matt B. Living Trust
5636 Connecticut Avenue, NW
Washington, DC 20015

**What is the nature of the claim?**     Loans/Investments to        $0.00
Plutos Sama Holdings
Inc.

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

_____

**Does the creditor have a lien on your property?**
No

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Debtor 1    Sarina Browndorf                                          Case number *(if known)*

acorcoran@wccblaw.com          ■
Contact                        ☐    Yes. Total claim (secured and unsecured)
                                    Value of security:                           -
Contact phone                       Unsecured claim

---

| 3 | | | |
|---|---|---|---|

Bank of America                    **What is the nature of the claim?**    Credit Card    $7,934.00
PO BOX 982238
El Paso, TX 79998                  **As of the date you file, the claim is:** Check all that apply
                                   ■  Contingent
                                   ☐  Unliquidated
                                   ■  Disputed
                                   ☐  None of the above apply

                                   **Does the creditor have a lien on your property?**
                                   ■  No
Contact                            ☐  Yes. Total claim (secured and unsecured)

(800) 421-2110                         Value of security:                       -
Contact phone                          Unsecured claim

---

| 4 | | | |
|---|---|---|---|

Bendett & McHugh PC                **What is the nature of the claim?**    Legal Fees    $645.00
Attorneys at Law                                                          Distress Capital
270 Farmington Ave Suite 151                                              Management LLC
Farmington, CT 06032               **As of the date you file, the claim is:** Check all that apply
                                   ■  Contingent
                                   ☐  Unliquidated
                                   ■  Disputed
                                   ☐  None of the above apply

                                   **Does the creditor have a lien on your property?**
                                   ■  No
billing@bmpc-law.com               ☐  Yes. Total claim (secured and unsecured)
Contact

(860) 677-2868                         Value of security:                       -
Contact phone                          Unsecured claim

---

| 5 | | | |
|---|---|---|---|

Capital One Bank USA NA            **What is the nature of the claim?**    Credit Card    $2,800.00
PO BOX 31293
Salt Lake City, UT 84131           **As of the date you file, the claim is:** Check all that apply
                                   ■  Contingent
                                   ☐  Unliquidated
                                   ■  Disputed
                                   ☐  None of the above apply

                                   **Does the creditor have a lien on your property?**
                                   ■  No
Contact                            ☐  Yes. Total claim (secured and unsecured)

(800) 955-7070                         Value of security:                       -
Contact phone                          Unsecured claim

---

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    Sarina Browndorf                                    Case number *(if known)*

---

**6**

Crum & Forster
305 Madison Ave
Morristown, NJ 07962-1973

**What is the nature of the claim?**    Insurance-Bond Issue re William Smart, Susan Scanlon and Caroline Manne, Case No. 08-C-001572    $159,013.16

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

Judson Baker

Judson.Baker@cfins.com

Contact

(973) 490-6922

Contact phone

- ☑ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security:    -
Unsecured claim

---

**7**

EQS Deutscher Inkasso-Dienst GmbH
Steindamm 71
20099 Hamburg
Germany

**What is the nature of the claim?**    Student Loan    $24,506.00

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

Contact

Contact phone

- ☑ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security:    -
Unsecured claim

---

**8**

Far West Industries
2922 Daimler Street
Santa Ana, CA 92705

**What is the nature of the claim?**    Loans to Plutos Sama Holdings, Inc.    $0.00

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

Contact

Contact phone

- ☑ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security:    -
Unsecured claim

---

**9**

Ferrari Financial Services

**What is the nature of the claim?**    Automobile Lease    Unknown

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Sarina Browndorf                                    Case number *(if known)*

75 Remittance Drive Suite 1738
Chicago, IL 60675-1738

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ■ Yes. Total claim (secured and unsecured)    Unknown
  - Value of security:    -    Unknown
  - Unsecured claim    Unknown

Contact

Contact phone

---

**10**

Garden Foods Inc.
Albert O. Lissoy
187 E. Warm Springs Road, Ste B108
Las Vegas, NV 89119-4122

**What is the nature of the claim?** _____    $0.00

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    _____

Albert O. Lissoy

Contact

(702) 648-3193
Contact phone

Value of security:    -    _____
Unsecured claim    _____

---

**11**

GF Capital
2922 Daimler Street
Santa Ana, CA 92705

**What is the nature of the claim?**    Loans to Plutos Sama Holdings Inc.    $0.00

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    _____

Contact

(949) 732-7895
Contact phone

Value of security:    -    _____
Unsecured claim    _____

---

**12**

Greg Seifert
2 Via Cancha
San Clemente, CA 92674

**What is the nature of the claim?**    Re Plutos Sama Holdings Inc.    $0.00

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Sarina Browndorf                                      Case number *(if known)*

---

☐  None of the above apply

**Does the creditor have a lien on your property?**

■  No

☐  Yes. Total claim (secured and unsecured)

Contact

(209) 200-3086

Contact phone

Value of security:                                    -

Unsecured claim

---

**13**

HOAG Memorial Hospital
c/o Progressive Management
Systems
1521 W. Cameron Ave
West Covina, CA 91790

**What is the nature of the claim?**    Hospital Debt Collection    $2,532.00

**As of the date you file, the claim is:** Check all that apply
■  Contingent
■  Unliquidated
■  Disputed
☐  None of the above apply

**Does the creditor have a lien on your property?**
■  No
☐  Yes. Total claim (secured and unsecured)

Contact

(800) 258-7482

Contact phone

Value of security:                                    -

Unsecured claim

---

**14**

JP Morgan Chase Bank NA
c/o MRS BPO LLC
1930 Olney Ave
Cherry Hill, NJ 08003

**What is the nature of the claim?**    Credit Card Collection    $41,448.74

**As of the date you file, the claim is:** Check all that apply
■  Contingent
■  Unliquidated
■  Disputed
☐  None of the above apply

**Does the creditor have a lien on your property?**
■  No
☐  Yes. Total claim (secured and unsecured)

Contact

(888) 902-9643

Contact phone

Value of security:                                    -

Unsecured claim

---

**15**

Orange County Tax Collector
PO BOX 1438
Santa Ana, CA 92701-4091

**What is the nature of the claim?**    Property Taxes
34 Black Hawk #418
Irvine, CA 92603    $57,602.58

**As of the date you file, the claim is:** Check all that apply
■  Contingent
■  Unliquidated
■  Disputed
☐  None of the above apply

**Does the creditor have a lien on your property?**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Sarina Browndorf | Case number *(if known)* | |

☑ No
☐ Yes. Total claim (secured and unsecured)

Contact

Contact phone

Value of security: -
Unsecured claim

---

**16**

Shady Canyon Community
Association
c/o First Service Residential
15241 Laguna Canyon Road
Irvine, CA 92618

**What is the nature of the claim?**  HOA Fee & Assessment   $685.00

**As of the date you file, the claim is:** Check that that apply

☑ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)

Contact

(949) 679-5557

Contact phone

Value of security: -
Unsecured claim

---

**17**

Simple Car Title Loans Inc.
15416 Devonshire Street
Mission Hills, CA 91345

**What is the nature of the claim?**  Auto Loan
2015 Ferrari 458 Spider   $511,459.32

**As of the date you file, the claim is:** Check that that apply

☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)

contact@1800TitleLoan.com

Contact

Contact phone

Value of security: -
Unsecured claim

---

**18**

Simple Car Title Loans Inc.
15416 Devonshire Street
Mission Hills, CA 91345

**What is the nature of the claim?**  Auto Loan-2016
Mercedes Benz
GL-Class   $178,122.05

**As of the date you file, the claim is:** Check that that apply

☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)

contact@1800TitleLoan.com

Contact

(818) 505-0606

Contact phone

Value of security: -
Unsecured claim

---

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 6

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1    Sarina Browndorf                                Case number *(if known)*

| 19 | | What is the nature of the claim? | Auto Loan 2016 Mercedes Benz MayBach S | $120,730.51 |

**19**

Simple Car Title Loans Inc.
15416 Devonshire Street
Mission Hills, CA 91345

**What is the nature of the claim?**    Auto Loan
2016 Mercedes Benz
MayBach S                    $120,730.51

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

contact@1800TitleLoan.com
Contact

Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:         -
   Unsecured claim

---

**20**

Synch/TJX CO DC
PO BOX 9650515
Orlando, FL 32896

**What is the nature of the claim?**    Credit Card                $500.00

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact

(877) 890-3150
Contact phone

   Value of security:         -
   Unsecured claim

---

| Part 2: | **Sign Below** |

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  *[signature]*                              X _____
Sarina Browndorf                              Signature of Debtor 2
Signature of Debtor 1

Date    October 14, 2021                       Date _____

B 104 (Official Form 104)                For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                Page 7

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Susan K. Seflin 213865<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>(818) 827-9000 Fax: (818) 827-9099<br>California State Bar Number: 213865 CA<br>sseflin@bg.law | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>       Sarina Browndorf | CASE NO.:<br><br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __October 14, 2021_____

_Signature of Debtor 1_

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __October 14, 2021_____

/s/ Susan K. Seflin
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Sarina Browndorf
34 Black Hawk #418
Irvine, CA 92603-0311


Susan K  Seflin
Brutzkus Gubner
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367


U S  Trustee   Santa Ana Division
411 Wet Fourth Street
Suite 9041
Santa Ana, CA 92701

American Express
PO BOX 981537
El Paso, TX 79998


Andrew R  Corcoran
Trustee Matt B  Living Trust
5636 Connecticut Avenue, NW
Washington, DC 20015


Bank of America
PO BOX 982238
El Paso, TX 79998


Bendett   McHugh PC
Attorneys at Law
270 Farmington Ave Suite 151
Farmington, CT 06032


Capital One Bank USA NA
PO BOX 31293
Salt Lake City, UT 84131


Crum   Forster
305 Madison Ave
Morristown, NJ 07962-1973


Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


EQS Deutscher Inkasso Dienst GmbH
Steindamm 71
20099 Hamburg
Germany

Far West Industries
2922 Daimler Street
Santa Ana, CA 92705


Ferrari Financial Services
75 Remittance Drive Suite 1738
Chicago, IL 60675-1738


First American Title Ins  Co
4380 La Jolla Village Drive
Suite 110
San Diego, CA 92122


Garden Foods Inc
Albert O  Lissoy
187 E  Warm Springs Road, Ste B108
Las Vegas, NV 89119-4122


GF Capital
2922 Daimler Street
Santa Ana, CA 92705


Greg Seifert
2 Via Cancha
San Clemente, CA 92674


HOAG Memorial Hospital
c/o Progressive Management Systems
1521 W  Cameron Ave
West Covina, CA 91790


Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

JP Morgan Chase Bank NA
c/o MRS BPO LLC
1930 Olney Ave
Cherry Hill, NJ 08003


Lexington National Insurance Corp
PO BOX 6098
Lutherville Timonium, MD 21094


Marc Lazo
K K Law Group
2646 Dupont Dr  Suite 60340
Irvine, CA 92612


Matthew C  Browndorf
166 Fairview Street
Laguna Beach, CA 92651


Michael Keadjian
c/o Jeffrey J  Rooney
Vantage Point Law PC
18 Crow Canyon Court, Ste 130
San Ramon, CA 94583


Orange County Tax Collector
601 North Ross Street
Santa Ana, CA 92701-4091


Orange County Tax Collector
PO BOX 1438
Santa Ana, CA 92701-4091


Shady Canyon Community Association
c/o First Service Residential
15241 Laguna Canyon Road
Irvine, CA 92618

Simple Car Title Loans Inc
15416 Devonshire Street
Mission Hills, CA 91345


State of CA
Franchise Tax Board
PO BOX 942857
Sacramento, CA 94257


Synch/TJX CO DC
PO BOX 9650515
Orlando, FL 32896


Verde Investments, Inc
c/o Snell  Wilmer
600 Anton Boulevard, Suite 1400
Attn: Eric S  Pezold
Costa Mesa, CA 92626


ZBS Law LLP
fka Zieve Brodnax  Steele LLP
as Trustee Michael Busby
30 Corporate Park, Suite 450
Irvine, CA 92606